IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAROLINE BURROWS, Wife and** | : | **CIVIL ACTION** |
| **Administratrix of the Estate of** | : | |
| **BERNARD T. BURROWS** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CSX TRANSPORTATION, INC.** | : | NO.   12-4139 |

## ORDER

**AND NOW**, this 3rd day of July, 2013, it having been reported that the issues between the parties in this action have been settled and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this action is **DISMISSED** with prejudice, without costs.

          /s/Timothy J. Savage
          TIMOTHY J. SAVAGE,  J.